IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-295-WKW |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 26, 2007, the Magistrate Judge filed a Recommendation (Doc. # 15) to which the plaintiff objected (Doc. # 16). The defendant filed a reply (Doc. # 17) to the Objection. After an independent and *de novo* review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. # 15) is ADOPTED;

2. The decision of the Commissioner is AFFIRMED; and

3. The case is dismissed with prejudice with costs taxed against the plaintiff.

An appropriate judgment will be entered.

Done this 13th day of February, 2007.

                                              /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE