IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-295-WKW |
| ) | |
| MICHAEL J. ASTRUE, COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This cause is before the court on the mandate of the Court of Appeals for the Eleventh Circuit. (Doc. # 32.) By mandate entered on September 3, 2008, the Eleventh Circuit held that the Administrative Law Judge's "reasons for discrediting the opinions of [Plaintiff Wendy] Davis's treating physicians as well as Davis's testimony as to her pain are not supported by substantial evidence." *Davis v. Astrue*, No. 07-11648, 2008 WL 2673876, at *14 (11th Cir. July 9, 2008). The Eleventh Circuit vacated this court's order and judgment (Docs. # 18, 20), affirming the Social Security Administration's denial of Davis's application for disability insurance benefits, pursuant to 42 U.S.C. § 405(g), and remanded the case "for further considerations in accordance with [its] opinion." *Id.* Accordingly, this case is REMANDED to the Administrative Law Judge for further proceedings in accordance with the Eleventh Circuit's opinion in *Davis*.

DONE this 5th day of September, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE